AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY - 2 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

United States of America
v.
QUINCY DEMOND SCOTT

Defendant(s)

Case No. 2:25mj78

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of March 3, 2024 and April 26, 2024 in the county of Portsmouth, Virginia in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See Affidavit.

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Joseph Kosky

*Complainant's signature*
David J. Desy, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/2/25

*Judge's signature*

City and state: Norfolk, VA
Douglas E. Miller, U.S. Magistrate Judge
*Printed name and title*